# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 157 WAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| JEREMY TRAVIS WOODARD, | : | |
| Respondent | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 158 WAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| KEITH REED, | : | |
| Respondent | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 159 WAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| JOSHUA N. CAMBRIC, | : | |
| Respondent | : | |

## ORDER


**PER CURIAM**

**AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal and the Petition for Remand are **DENIED**.